Mark ANDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 57845.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 23, 1990.

Marcie W. Bower, Columbia, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER OPINION

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. Movant's *pro se* motion was timely filed. Movant's claim of error was addressed in *Clark v. State*, 736 S.W.2d 483 (Mo.App.1987). The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would not have precedential value. Judgment affirmed in accordance with Rule 84.16(b).